THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL ROSSI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued April 26, 1922; decided May 12, 1922.)

APPEAL from a judgment of the Supreme Court, rendered April 8, 1920, at a Trial Term for the county of Westchester, upon a verdict convicting the defendant of the crime of murder in the first degree.

*James Dempsey* for appellant.

*Frederick E. Weeks, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.